**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-6337

PERCY ALLEN WILLIAMS, JR.,

Plaintiff - Appellant,

v.

GRAHAM C. MULLEN; WILLIAM B. TRAXLER,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:10-cv-00621-RAJ-TEM)

Submitted: May 26, 2011                     Decided: June 1, 2011

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Percy Allen Williams, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Percy Allen Williams, Jr., appeals the district court's orders denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971), and his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we deny Williams' motion to amend his complaint and affirm for the reasons stated by the district court. Williams v. Mullen, No. 2:10-cv-00621-RAJ-TEM (E.D. Va. Feb. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2